[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13109
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 04 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00020-CR-J-20HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OBDULIO GONZALEZ-NAVAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 4, 2008)**

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Obdulio Gonzalez-Navas in this

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez-Navas's revocation of supervised release and resulting sentence are **AFFIRMED.**